Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE URENA VERDUZCO,<br><br>　　　　　　　　Defendant. | No. CR18-174 RAJ<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the documents being filed in support thereof,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. #126) is GRANTED. Stephan Illa is permitted to withdraw as defense counsel and Robert Flennaugh II is allowed to substitute as new counsel for Defendant Jose Urena Verduzco.

DATED this 29th day of August, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR WITHDRAWAL
AND FOR SUBSTITUTION OF COUNSEL - 1
Case No. CR18-174 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534