Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE URENA VERDUZCO,<br><br>　　　　　　　　Defendant. | No. CR18-174 RAJ<br><br>ORDER GRANTING<br>*EX PARTE* MOTION TO<br>CONTINUE SENTENCING |

THIS MATTER comes before the Court on Defendant Jose Urena Verduzco's *Ex Parte* Motion to Continue Sentencing. The Court, having considered the motion, and the files and pleadings herein, and finding good cause, hereby GRANTS the Motion (Dkt. #341) and orders the sentencing be continued from June 21, 2019 to August 9, 2019 at 9:00 a.m.

DATED this 19th day of June, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION
TO CONTINUE SENTENCING - 1
*USA v. Urena Verduzco*
CR18-174 RAJ