Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>JOSE URENA VERDUZCO,<br><br>                  Defendant. | No. CR18-174 RAJ<br><br>ORDER TO SEAL |

The Court, having considered Defendant Urena Verduzco's Motion to Seal the Defendant's Motion to Withdraw or in the Alternative Continue the Sentencing, and good cause having been shown, hereby GRANTS the motion (Dkt. #344) and orders that said pleading shall remain sealed.

DATED this 8th day of August, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
Case No. CR18-174 RAJ