Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOSE URENA VERDUZCO,<br><br>                    Defendant. | No. CR18-174 RAJ<br><br>ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO CONTINUE SENTENCING |

THIS MATTER comes before the Court upon Defendant Urena Verduzco's Ex Parte Motion to Continue Sentencing. Having considered the motion, and finding good cause, the Court GRANTS the motion (Dkt. #345) and orders the sentencing be continued from August 9, 2019 to September 20, 2019, at 9:00 a.m.

DATED this 8th day of August, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE SENTENCING - 1
CR18-174 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534