Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE URENA VERDUZCO, <br> Defendant. | No. CR18-174 RAJ <br><br> ORDER TO SEAL |

THE COURT, having considered Defendant's Motion to Seal the Defendant's Motion to Continue Sentencing, and good cause having been shown, hereby orders that the Motion to Seal (Dkt. #349) is GRANTED and the Motion to Continue Sentencing filed at Dkt. #348 shall remain sealed.

DATED this 18th day of September, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
Case No. CR18-174 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422