Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>JOSE URENA VERDUZCO,<br><br>                  Defendant. | No. CR18-174 RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING |

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Continue Sentencing. Having considered the motion, and finding good cause, the Court hereby GRANTS the motion (Dkt. #348). The sentencing hearing in this matter is continued from September 20, 2019 to **November 15, 2019, at 10:00 a.m.**

DATED the 18th day of September, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE SENTENCING - 1
CR18-174 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534