Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSE URENA VERDUZCO,<br><br>                Defendant. | No. CR18-174 RAJ<br><br>ORDER TO SEAL |

The Court, having considered Defendant Jose Urena Verduzco's Motion to Seal Defense Counsel's Motion to Withdraw, and good cause having been shown, hereby orders the Motion to Seal (Dkt. #355) is GRANTED and that said pleading shall remain under seal.

DATED this 21st day of October, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
Case No. CR18-174 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422