Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

JOSE URENA VERDUZCO,

          Defendant.

No.  CR18-174 RAJ

ORDER GRANTING MOTION
FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

The Court, having considered the Motion for Withdrawal and Substitution of Counsel, and the documents filed in support thereof, and having heard from defendant and defense counsel at hearings conducted on October 30, 2019 and November 15, 2019, for the reasons set forth orally on the record,

IT IS HEREBY ORDERED that defense counsel's Motion for Withdrawal and Substitution of Counsel (Dkt. #356) is GRANTED.  Attorney Robert Flennaugh II is permitted to withdraw as defense counsel in this matter, and new defense counsel shall be appointed to represent the defendant from the CJA panel.  Attorney Robert Flennaugh II shall remain counsel of record until successor counsel is appointed by the CJA Coordinator.

DATED this 15th day of November, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL - 1
Case No. CR18-174 RAJ