Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE URENA VERDUZCO,<br><br>Defendant. | No. CR18-174 RAJ<br><br>ORDER DENYING MOTION TO WITHDRAW PLEA OF GUILTY |

THIS MATTER comes before the Court upon Defendant's Motion to Withdraw Plea of Guilty. Having considered the Motion, the Government's response, and the files and pleadings herein, and having conducted a hearing on this date, for the reasons set forth orally on the record,

IT IS HEREBY ORDERED that Defendant's Motion to Withdraw Plea of Guilty (Dkt. #383) is DENIED.

Sentencing is set for **April 3, 2020, at 1:30 p.m.**, in Courtroom 13106.

DATED this 21st day of February, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION
TO WITHDRAW PLEA OF GUILTY - 1
Case No. CR18-174 RAJ